No. 4207.—Marrero, aplte., v. Comisión Hípica Insular, apda.—C. D. San Juan. *Certiorari*. Marzo 29, 1927. Desestimado el recurso a instancia del apelado por aparecer que el escrito de apelación en este caso fué radicado el 6 de julio, 1926, sin que el apelante haya hecho gestión posterior alguna para elevar a esta Corte Suprema el récord, habiendo transcurrido el término de treinta días y no habiendo solicitado dicho apelante prórroga alguna a ese efecto.

No. 4201.—Baquero & Co., apdo., v. Quintero, aplte.—C. D. San Juan. Cobro de dinero. Marzo 29, 1927. Desestimado el recurso a instancia del apelado por aparecer que desde el 7 de enero, 1927, en que el apelante radicó su escrito de apelación, no ha gestionado de manera alguna la tramitación de su apelación en la corte inferior, ni radicado en la secretaría de este tribunal la transcripción de autos, a pesar de haber transcurrido con exceso el período fijado para ello, ni solicitado prórroga alguna en tal sentido.

No. 4205.—Lloveras Soler, apdo., v. Rodríguez, aplte.—C. D. San Juan. Desahucio. Marzo 31, 1927. A la moción sobre desestimación presentada por la parte apelada: apareciendo de los autos que existe pendiente de aprobación una transcripción de la evidencia y que el taquígrafo está preparando dicha transcripción dentro de la última prórroga que le concedió la corte inferior y no demostrándose la falta de diligencia por el apelante en proseguir su apelación a pesar de haber transcurrido 90 días desde la radicación del escrito estableciendo el recurso, se declaró sin lugar dicha moción.